HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES SCOTT, et al.,

    Plaintiffs,

    v.

WELLS FARGO & COMPANY, et al.,

    Defendants.

CASE NO. C13-487RAJ

ORDER

    The court has reviewed the parties' joint motion to continue the deadlines for discovery and filing dispositive motions for between four and six weeks. The parties request no corresponding continuance of the June 2 trial date or other deadlines. Assuming that the parties did not file dispositive motions until the April 4, 2014 deadline that they request, those motions would not be ripe until May 2, just three days before motions in limine would be due, and just a month before trial. The court generally sets a dispositive motions deadline at least three months before trial, so that the court can have at least 30 days to consider the motion and enter a ruling, and the parties can have that ruling at least 30 days before trial.

    The parties request their continuance because they wish to focus solely on settlement discussions. The court encourages settlement, and thus orders as follows:

1) The clerk shall VACATE the trial date and all other pretrial deadlines.

2) No later than February 5, 2014, the parties shall either notify the court that they have reached settlement, or that shall jointly propose a new trial schedule, one

ORDER – 1

1 | that complies with the principles the court has described above.  The parties are
2 | free to request the same trial date, provided they comply with those principles.
3 | 3)  The clerk shall TERMINATE the joint motion.  Dkt. # 20.
4 | DATED this 19th day of December, 2013.

*(signature)*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 2